# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| DIANE SCHULTE, <br>    *Plaintiff*, <br><br> v. <br><br> STEWART TITLE INS. CO., *et al.*, <br>    *Defendants*. | § <br> § <br> § <br> § <br> § <br> § <br> § | MISC. ACTION H-18-2892 |

## ORDER

Pending before the court is a memorandum, recommendation, and order by Magistrate Judge Nancy K. Johnson ("M&R"). Dkt. 7. The M&R recommended denying Schulte's motion for preliminary injunction (Dkt. 6) and dismissing plaintiff Diane Schulte's complaint for failure to state a claim. Dkt. 7 at 6. The M&R also denied all of Schulte's pending non-dispositive motions. *Id.* (denying: (1) application to proceed without payment of fees (Dkts. 1,4); (2) motion for appointment of counsel (Dkt. 5); (3) motion for prepayment of settlement amounts (Dkt. 2); and (4) application to respond (Dkt. 3)).

Objections to the M&R were due on March 5, 2019, but Schulte has not filed any objections to date. *See* Dkt. 7. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *See* Fed. R. Civ. P. 72(b), Advisory Comm. Note (1983). The court, having reviewed the M&R, the complaint, the motions, and the applicable law, and having received no objections, finds no clear error. Thus, the court ADOPTS IN FULL the M&R (Dkt. 7). For the reasons stated in the M&R, Schulte's motion for preliminary injunction is DENIED and Schulte's complaint is DISMISSED.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on March 7, 2019.

_____
Gray H. Miller
Senior United States District Judge